UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-75-H7

| UNITED STATES OF AMERICA | } | |
|---|---|---|
| | } | |
| V | } | ORDER TO SEAL |
| | } | |
| ALONZO KEITH CARTER | } | |

On the motion to seal [DE 208] by defendant, Alonzo Keith Carter, and for good cause shown, it is hereby ORDERED that [DE 208] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 9th day of JANUARY, 2015.

MALCOLM J. HOWARD
Senior United States District Court Judge